

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00597-CR

Louis A. **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3342A
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 7, 2019.

_____
Patricia O. Alvarez, Justice